IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR269 |
| vs. | ) | |
| | ) | **PRELIMINARY ORDER** |
| ZUMARI WILSON, | ) | **OF FORFEITURE** |
| ANTHONY FORD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Issuance of Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  The Defendants have entered into Plea Agreements, whereby they have agreed to plead guilty to Counts I, II, III and IV of said Indictment Count I charges the Defendant, Zumari Wilson, with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Count III charges the Defendant, Anthony Ford, with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Count IV of said Indictment seeks the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, of a Hi-Point 9mm semi-automatic handgun, serial number P1319008, on the basis it was a firearm involved or used in the knowing commission of the offense charged in Counts I and III.

2.  By virtue of said pleas of guilty, the Defendants forfeit their interest in the subject property, and the United States should be entitled to possession of said property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 61) is hereby sustained.

B.  Based upon Count IV of the Indictment and the Defendants' pleas of guilty, the United States is hereby authorized to seize the  Hi-Point 9mm semi-automatic handgun, serial number P1319008.

C.  The Defendants' interest in said property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D.  The aforementioned forfeited property is to be held by the United States in its secure custody and control.

E.  Pursuant to 21 U.S.C. § 853(n)(1), the United States of America forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject property is situated, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 24th day of March, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge