UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR269 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| ZUMARI WILSON, | ) | |
| ANTHONY FORD, | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 73). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 24, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendants' guilty pleas as to Counts I, II, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in a Hi-Point 9mm semi-automatic handgun, serial number P1319008, was forfeited to the United States.

2. On April 10, 17 and 24, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on May 27, 2008 (Filing No. 72).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 73) is hereby sustained.

B. All right, title and interest in and to the Hi-Point 9mm semi-automatic handgun, serial number P1319008, held by any person or entity, is hereby forever barred and foreclosed.

C. The Hi-Point 9mm semi-automatic handgun, serial number P1319008, be, and the same hereby is, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 30th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge