IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:07CR269 |
| vs. | ORDER |
| ZUMARI T. WILSON, | |
| Defendant. | |

Defendant Zumari T. Wilson appeared before the court on Wednesday, January 6, 2016 on a Petition for Warrant or Summons for Offender Under Supervision [168]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 3, 2016 at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 6th day of January, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge